# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED MCMILLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00925-AWI-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 8, 16) |

　　　　On February 3, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 16.) The parties seek an extension of time to file Defendant's brief from February 6, 2023, to March 8, 2023. This is Defendant's first request for an extension. The parties proffer good cause exists because, defense counsel is currently consulting with his client about the defensibility of this case and believes the extension may facilitate resolution of this matter and conserve judicial and party resources. The Court is satisfied that good cause exists to grant the requested extension.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;

　　　　2.　　Defendant shall have until **March 8, 2023**, to file the responsive brief; and

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **February 3, 2023**

UNITED STATES MAGISTRATE JUDGE